Mark H. Meyerhoff, Bar No. 180414
mmeyerhoff@lcwlegal.com
Jennifer M. Rosner, Bar No. 227676
jrosner@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045
Telephone:  310.981.2000
Facsimile:   310.337.0837

Attorneys for Defendants CITY OF BUENA PARK and
BUENA PARK POLICE DEPARTMENT

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE HOLLIDAY, KEVIN SHEA, and RICH FORSYTH,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF BUENA PARK; BUENA PARK POLICE DEPARTMENT; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.:  SACV 12-01156-FMO (MLG)<br><br>Hon. Fernando M. Olguin<br><br>Complaint Filed: July 16, 2012<br><br>**ORDER ON STIPULATED JUDGMENT** |

Counsel for Plaintiffs and Defendants hereby agree as follows:

1.     The parties have executed a Settlement Agreement that resolves all of Plaintiff's claims in this action, which is attached as Exhibit 1.

2.     Plaintiffs Steve Holliday, Kevin Shea and Rich Forsyth have received all amounts owed to them pursuant to the terms of the Settlement Agreement, including payment for all costs and attorney's fees.

3.     Pursuant to the terms of the Settlement Agreement, the parties consent to the Court's dismissal with prejudice of this action.

STIPULATED AND AGREED:

703204.1  BU010-031

| | | |
|---|---|---|
| Dated: July ___, 2013 | | Respectfully submitted, |
| | | LIEBERT CASSIDY WHITMORE |
| | | _____ |
| | By: | _____ |
| | | Mark H. Meyerhoff |
| | | Jennifer M. Rosner |
| | | Attorneys for Defendants |
| | | CITY OF BUENA PARK and BUENA PARK POLICE DEPARTMENT |

| | | |
|---|---|---|
| Dated: July ___, 2013 | | Respectfully submitted, |
| | | LACKIE, DAMMEIER, MCGILL & ETHIR |
| | | _____ |
| | By: | _____ |
| | | Michael A. McGill |
| | | Joseph Bolander |
| | | Attorneys for Plaintiffs STEVE HOLLIDAY, KEVIN SHEA and RICH FORSYTH |

IT IS ORDERED, ADJUDGED AND DECREED that:

1. The Settlement Agreement executed by the parties, a copy of which is attached hereto and made part hereof, is ratified and approved by the Court and incorporated in this Judgment.

2. Plaintiffs' Complaint is dismissed with prejudice.

Dated:   July 2, 2013

  /s/  Fernando M. Olguin             .
UNITED STATES DISTRICT JUDGE

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

703204.1 BU010-031